JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 477 -- In re Western Electric Co., Inc. Employment Practices Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/17 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SVC. -- Equal Employment Opportunity Commission  SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois  SUGGESTED TRANSFEREE JUDGE:           (emh) |
| 81/06/25 | 2 | RESPONSE -- Communications Workers of America -- w/ cert. of svc. (emh) |
| 81/06/29 | 3 | REQUEST FOR EXTENSION OF TIME -- Western Electric Co., Inc. -- GRANTED to & including July 16, 1981 (emh) TO ALL PARTIES |
| 81/06/30 | | APPEARANCES -- Rosemary Rodriquez for EEOC; Arthur Benson II For plaintiff-intervenor (A-2); Stephen T. Myking for Western Electric Co., Inc.; Michael B. Erp for Communication Workers of America (emh) |
| 81/07/13 | | APPEARANCE -- Terry R. Yellig, Esq. for Int'l Brotherhood of Electrical Workers, AFL-CIO. (eaf) |
| 81/07/16 | 4 | MEMORANDUM, EXHIBITS, CERT. OF SVC. -- Defendant Western Electric Co., Inc. (eaf) |
| 81/08/26 | | HEARING ORDER -- Setting motion of EEOC for transfer of actions for hearing on Sep. 24, 1981, Concord, N.H., Notified involved counsel, judges and clerks. (rew) |
| 81/09/17 | | HEARING APPEARANCES: Rosemary Rodriquez, Esq. for EEOC and Stephen T. Myking, Esq. for Western Electric Co., Inc. (cds) |
| 81/10/09 | | ORDER DENYING TRANSFER -- Notified involved judges, counsel and clerks. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 477 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WESTERN ELECTRIC CO., INC. EMPLOYMENT PRACTICES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/24/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/9/81 | MO | Unpublished | §1407 DENIED | | |

Special Transferee Information

DATE CLOSED: 10/9/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 477 -- In re Western Electric Co., Inc. Employment Practices Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Equal Employment Opportunity Comm. v. Western Electric Co., et al. | D.Ariz. Craig | Civ-76-525-PHX-W | | | | |
| A-2 | Equal Employment Opportunity Comm. v. Western Electric Co., Inc.,et al. | N.D.Ill. McGarr | 78 C 3951 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 477 -- In re Western Electric Co., Inc. Employment Practices Litigation

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (A-1 and A-2)<br>Rosemary Rodriquez, Esquire<br>Equal Employment Opportunity Commission<br>Chicago Dictrict Office<br>55 East Jackson Boulevard<br>Room 1401<br>Chicago, Illinois  60604<br><br>PLAINTIFF-INTERVENOR in A-2<br>Arthur A. Benson, II<br>911 Main Street, Suite 1430<br>Kansas City, Missouri  64105 | WESTERN ELECTRIC COMPANY, INC.<br>Stephen T. Myking, Esquire<br>Seyfarth, Shaw, Fairweather<br>  & Geraldson<br>55 East Monroe Street<br>Suite 4200<br>Chicago, Illinois  60603<br><br>COMMUNICATION WORKERS OF AMERICA<br>Michael B. Erp, Esquire<br>Katz, Friedman, Schur & Eagle<br>7 South Dearborn Street<br>Chicago, Illinois  60603<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br><br>Terry R. Yellig, Esq.<br>Sherman, Dunn, Cohen & Leifer<br>1125 Fifteenth Street, N.W.<br>Suite 801<br>Washington, D. C.  20005 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 477 -- In re Western Electric Co., Inc. Employment Practices Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Western Electric Co. | A-1, A-2 |
| Communication Workers of America | A-1, A-2 |
| Local 8596 | A-1 |
| International Brotherhood of Electrical Workers | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |