DOCKET NO. 477

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WESTERN ELECTRIC COMPANY, INC., EMPLOYMENT PRACTICES LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
OCT -9 1981
PATRICIA D. HOWARD
CLERK OF THE PANEL

10/9/81

## ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the Equal Employment Opportunity Commission (EEOC), plaintiff in the two actions listed on the attached Schedule A, for transfer of the action pending in the District of Arizona to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We also note that the Illinois action has been pending for over five years and the Arizona action has been pending for over three years, and yet the EEOC has previously made no effort to obtain centralized pretrial treatment of the two actions. Finally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Roy W. Harper
Acting Chairman

*Judge Andrew A. Caffrey took no part in the decision of this matter.

SCHEDULE A

<u>MDL-477 -- In re Western Electric Co., Inc. Employment Practices Litigation</u>

<u>District of Arizona</u>
<u>Equal Employment Opportunity Commission v. Western Electric Co., et al.</u>, C.A. No. Civ-76-525-Phx.-W
<u>Northern District of Illinois</u>
<u>Equal Employment Opportunity Commission v. Western Electric Co., et al.</u>, C.A. No. 78C3951